TODD BLANCHE
Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
IAN V. YANNIELLO
Assistant United States Attorney
Chief, National Security Division
JOHN J. LULEJIAN (Cal. Bar No. 186783)
Assistant United States Attorney
1200 United States Courthouse
312 North Spring Street
Los Angeles, California 90012
Telephone: (213) 894-0721
Facsimile: (213) 894-0141
E-mail: John.Lulejian@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

MEDHAT MOURID,

A Fugitive from the Government of the Federal Republic of Germany.

No. 2:26-cv-02074-FLA-SK

STIPULATION TO VACATE DEADLINES AND THE STATUS CONFERENCE; [Proposed] ORDER

[For Proceedings before the Honorable Steve Kim]

Plaintiff, United States of America, by and through its counsel of record, the Attorney General, the First Assistant United States Attorney, and Assistant United States Attorney John J. Lulejian, and Relator MEDHAT MOURID, by and through his counsel of record, Mark S. Windsor, Esq., respectfully request this Court vacate all deadlines and the status conference scheduled for December 9, 2026, at 1:30 p.m.

The parties understand from their respective German counterparts that the local court presiding over relator's criminal proceedings in Koblenz, Germany is evaluating the impact of a recent decision by the Koblenz Regional Court pertaining to the warrants of relator's co-defendants.[1] The parties further understand that the local court intends to issue a decision that addresses relator's arrest warrant in the near future, but it has not yet done so to date.

Because the local court's decision may impact relator's extradition, the parties respectfully request that the Court vacate all deadlines and the scheduled Status Conference in the above-captioned case, and the order the United States to file a status report on or before December 18, 2026, updating the Court on the status of the German judicial proceedings.

IT IS SO STIPULATED.

TODD BLANCHE
Attorney General

BILAL A. ESSAYLI
First Assistant United States Attorney

November 20, 2026
Date

*/s/ John J. Lulejian*
JOHN J. LULEJIAN
Assistant United States Attorney
Attorney for Plaintiff
UNITED STATES OF AMERICA

WINDSOR KIMBALL APC

November 20, 2026
Date

*/s/ Mark S. Windsor*
*(Authorized by e-mail*
MARK S. WINDSOR, ESQ.
Attorneys for Relator
MEDHAT MOURID

[1] The United States further understand that the Koblenz Prosecutor General's Office has appealed the regional court's decision.